IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ROSA MARTINEZ-IBARRA,<br><br>　　　　　　　Defendant. | CASE NO. 8:11CR376<br><br>ORDER |

　　This matter is before the Court on the government's Petition for Remission of Fine. (Filing No. 59.) On May 1, 2012, judgment was entered against Defendant Rosa Martinez-Ibarra, which included a fine of $10,000.00. (Filing No. 55.) The government states that on June 28, 2012, Defendant was deported to Mexico, and the United States has been unsuccessful in its efforts to locate Defendant or any assets to apply towards satisfaction of the fine. (Filing No. 59 at 1.) The government further states that the time and expense which would be incurred by the United States in further collection activity would exceed the amount of the debt. (*Id.*)

　　Pursuant to 18 U.S.C. § 3573(1), upon petition of the government showing that reasonable efforts to collect a fine or assessment are not likely to be effective, the Court may remit all or part of the unpaid portion of the fine or special assessment. The Court finds that the government has made such a showing. Accordingly,

　　IT IS ORDERED that the government's Petition for Remission of Fine (Filing No. 59) is granted and that the unpaid portion of the fine imposed against Defendant Rosa Martinez-Ibarra, in the amount of $10,000.00, is hereby remitted.

　　DATED this 16th day of January, 2013.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　　Chief United States District Judge